IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TABLEAU SOFTWARE, INC. AND SALESFORCE.COM, INC. DERIVATIVE LITIGATION | Nos. 1:20-cv-00467-SB; 1:18-cv-01192-SB |

### ORDER

On February 10, 2021, I dismissed Abdullah Ansary's amended complaint without prejudice. D.I. 20. I gave Ansary thirty days to amend the complaint again, but he did not do so by March 12, 2021. I thus order that:

Ansary's double-derivative claims on behalf of Salesforce are **DISMISSED WITH PREJUDICE**. The clerk is directed to close this case (1:20-cv-00467-SB) and the consolidated member case (1:18-cv-01192-SB).

Dated: March 22, 2021

_____

UNITED STATES CIRCUIT JUDGE